IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LORENZO PEREZ, | § | |
| (TDCJ-CID #2055618) | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-18-2373 |
| | § | |
| HALE COUNTY JAIL, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

For the reasons stated in this Court's Memorandum on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $350.00 filing fee. The Court must receive the payment within thirty days of this order.

SIGNED at Houston, Texas, on July 13, 2018.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE